# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3260

_____

Freddie L. Harris,

Appellant,

v.

K. Quintero, Sergeant,

Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

January 27, 2026

Per Curiam.

Affirmed.

Bilbrey, Kelsey, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Freddie L. Harris, pro se, Appellant.

James Uthmeier, Attorney General, and Brandon M. Elyakim, Assistant Attorney General, Tallahassee, for Appellee.